IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONDA L. MARSH, and all others similarly situated;<br><br>    Plaintiff,<br><br>vs.<br><br>PHELPS COUNTY, GENE SAMUELSON, Individually and in his official capacity; PENNY GREGG, Individually and in her official capacity; and LOUIS P. CAPANA, JR., Individually and in her official capacity;<br><br>    Defendants. | 4:16CV3032<br><br>ORDER |

  The court's Findings and Order, (Filing No. 26), set a January 5, 2017 deadline for Defendant Campana to object to the motion to sever, (Filing No. 25), and for any party to object to the court's finding that Plaintiff and all defendants (other than Campana in his individual capacity) consented to final resolution of this case by the undersigned magistrate judge. The Findings and Order was served on all parties, including Defendant Campana. No objection was filed.

  Accordingly,

  IT IS ORDERED that the motion to sever filed by Plaintiff and all defendants (other than Campana in his individual capacity), (Filing No. 25), is granted, and

  1) The claims of Plaintiff and all defendants (other than Campana in his individual capacity) are severed from Plaintiff's claims against Campana in his individual capacity;

2

2). The clerk shall promptly re-assign the separate action by Plaintiff against Campana in his individual capacity to a District Judge.

January 6, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge