IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONDA L. MARSH, and all others similarly situated;<br><br>    Plaintiff,<br><br>vs.<br><br>PHELPS COUNTY, GENE SAMUELSON, Individually and in his official capacity as Sheriff; and PENNY GREGG, Individually and in her official capacity as Phelps County Corrections Lieutenant;<br><br>    Defendants. | **4:16CV3032**<br><br>**MEMORANDUM AND ORDER** |

On April 20, 2016, the above-captioned parties consented in writing to final resolution of this case by the undersigned magistrate judge. (Filing No. 5, at CM/ECF p. 20). On December 8, 2016, the undersigned magistrate judge entered an order granting summary judgment in favor of Defendants Samuelson and Gregg in their individual capacities and Defendant Phelps County (including Samuelson and Gregg in their official capacities) and against Plaintiff.  (Filing No. 23).[1]

On December 22, 2016, the court entered findings and an order, (Filing No. 26), which set a January 5, 2017 deadline for any party to object to the court's finding that Plaintiff and all defendants (other than Campana in his individual capacity) consented to final resolution of this case by the undersigned magistrate judge. The Findings and Order was served on all parties. No objection was filed.

Accordingly,

---

[1] Plaintiff's claims against Defendant in default, Louis P. Campana, Jr., in his individual capacity, have been severed into a separate lawsuit.  (Filing No. 28).

IT IS ORDERED:

1) Both before and after the undersigned magistrate judge entered a summary judgment ruling in this case, (Filing No. 23), Plaintiff and all defendants (other than Campana in his individual capacity) consented to final resolution by the undersigned magistrate judge.

2) As fully set forth in the court's prior Memorandum and Order, (Filing No. 23), the Motion for Summary Judgment, (Filing No. 10), filed by Samuelson and Gregg in their individual capacities, and by Defendant Phelps County (including Samuelson and Gregg in their official capacities) is granted in its entirety.

3) A separate judgment will be entered accordingly.

Dated this 6th day of January, 2017

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge