IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONDA L. MARSH, and all others similarly situated;<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PHELPS COUNTY, GENE SAMUELSON, Individually and in his official capacity as Sheriff; and PENNY GREGG, Individually and in her official capacity as Phelps County Corrections Lieutenant;<br><br>　　　　　Defendants. | 4:16CV3032<br><br>JUDGMENT |

　　Pursuant to the court's rulings, (Filing Nos. 23 and 29),

　　JUDGMENT is entered in favor of Defendants Samuelson and Gregg in their individual capacities and Defendant Phelps County (including Samuelson and Gregg in their official capacities) and against Plaintiff providing that Plaintiff shall take nothing and Plaintiff's complaint is dismissed with prejudice, with costs to be taxed against Plaintiff in accordance with Fed. R. Civ. P. 54(d).

　　Upon taxation by the clerk, the amount of costs allowable to Defendants shall be included in this judgment without any further action by the court.

　　Dated this 6th day of January, 2017

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge